UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-33527 EEB |
| North American Dealer Co-Op ) | |
| EIN: 13-4203891 ) | |
| ) | |
| Debtor. ) | Chapter 7 |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH WESTERN INSURANCE COMPANY IN LIQUIDATION

THIS MATTER, having come before the Court on the Motion of David Wadsworth, Chapter 7 trustee, to Approve Settlement Agreement with Western Insurance Company in Liquidation, no sustainable objection having been filed, it is hereby

ORDERED that the Settlement Agreement attached to the Motion is approved and the parties are bound by its terms.

FURTHER ORDERED that the Settlement Agreement does not bind, release, or waive any claim any automobile dealer member of the Debtor may have against Western Insurance Company in Liquidation.

Done and entered this __12th__ day of __November__, 2014 at Denver, Colorado.

_Elizabeth E. Brown_
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge