UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-33527 EEB |
| North American Dealer Co-Op ) | |
| EIN: 13-4203891 ) | |
| ) | |
| Debtor. ) | Chapter 7 |

**STATUS REPORT**

The Chapter 7 Trustee for the estate of North American Dealer Co-Op (the "Trustee"), David V. Wadsworth, by and through his counsel, Buechler & Garber, LLC, for his Status Report, respectfully states:

1. The bankruptcy estate's sole asset is claims in the receivership of the Western Insurance Company ("WIC"), which company is in liquidation.

2. On November 12, 2014, this Court entered an Order approving the Settlement Agreement between the bankruptcy estate and the WIC receivership estate.

3. The Trustee continues to monitor the WIC receivership through its website, utinsreceivers.org. The WIC receivership remains active and no distributions have been made.

4. The Trustee is waiting to receive any distribution the estate is entitled to receive from the WIC liquidation.

Dated:  July 12, 2017            Respectfully submitted,

By: /s/ Aaron A. Garber
Aaron A. Garber, #36099
BUECHLER & GARBER, P.C.
999 18th Street, Suite 1230S
Denver, CO  80202
Telephone: (720) 381-0045
Facsimile: (720) 381-0382
E-mail: aaron@bandglawoffice.com