## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| NORTH AMERICAN DEALER CO-OP, ) | Case No. 12-33527 EEB |
| ) | Chapter 7 |
| Debtor. ) | |

## TRUSTEE'S OBJECTION TO CLAIM NO. 26 FILED BY COURTESY-1, LLC DBA COURTESY CHEVROLET

David V. Wadsworth, chapter 7 trustee herein (the "Trustee") hereby objects to Claim No. 26 filed by Courtesy-1, LLC dba Courtesy Chevrolet as follows:

1. The following claim was filed as a general unsecured claim in the case:

| **Claim Number** | **Claimant** | **Claim Amount** |
|---|---|---|
| 26 | Courtesy-1, LLC dba Courtesy Chevrolet<br>c/o The Scali Law Firm<br>800 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90017 | $3,932,768.00 |

2. Debtor's bankruptcy case was filed on November 15, 2012. Based upon the attachments to Claim No. 26, $3,342,258.00 of the claim amount is entirely speculative and therefore not allowable absent proof of loss. Accordingly, the Trustee objects to Claim No. 26 and requests that said claim be allowed in the reduced amount of $590,510.00.

3. The anticipated net amount for distribution to creditors in this case is approximately $15,000. Currently, claims totaling more than $25,000,000 have been filed in the case. If each of the Trustee's objections to claims is sustained, the claim total will be approximately $6,000,000, meaning creditors will receive distributions equal to less than 0.25% of their filed claim amounts.

WHEREFORE, the Trustee requests that the Court enter an Order in the form attached hereto allowing Claim No. 26 in the reduced amount of $590,510.00 and granting such other and further relief as the Court deems just and proper.

DATED this 14th day of September, 2020.

Respectfully submitted,

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999/Fax No. (303) 296-7600
dwadsworth@wgwc-law.com
Chapter 7 Trustee