**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| NORTH AMERICAN DEALER CO-OP, ) | Case No. 12-33527 EEB |
| ) | Chapter 7 |
| Debtor. ) | |

---

**ORDER DISALLOWING CLAIM NO. 18 FILED BY EXPRESS SYSTEMS/ERG**

---

THIS MATTER comes before the Court upon the Trustee's Objection to Claim No. 18 filed by Express Systems/ERG, and the Court, finding that proper notice of the Objection has been served and being fully advised in the premises, hereby

ORDERS that the Objection is SUSTAINED.

IT IS FURTHER ORDERED that Claim No. 18 in the amount of $2,000,000.00 filed by Express Systems/ERG is DISALLOWED in its entirety.

Dated: this 22nd day of October, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Hon. Elizabeth E. Brown
United States Bankruptcy Judge