**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| NORTH AMERICAN DEALER CO-OP, ) | Case No. 12-33527 EEB |
| ) | Chapter 7 |
| Debtor. ) | |

**ORDER SUSTAINING OBJECTION TO CLAIM AND ALLOWING CLAIM IN A REDUCED AMOUNT**

THIS MATTER comes before the Court upon the Trustee's Objection to Claim No. 26 filed by Courtesy-1, LLC dba Courtesy Chevrolet, and the Court, finding that proper notice of the Objection has been served and being fully advised in the premises, hereby

ORDERS that the Objection is SUSTAINED.

IT IS FURTHER ORDERED that Claim No. 26 filed by Courtesy-1, LLC dba Courtesy Chevrolet is ALLOWED in the reduced amount of $590,510.00.

Dated: this 23rd of October, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Hon. Elizabeth E. Brown
United States Bankruptcy Judge